# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PORT AUTHORITY OF GUAM, <br><br> Defendant. | CIVIL CASE NO. 01-00005 <br><br><br> **RECEIPT OF EXHIBITS** |

[ X ] Plaintiff's     [ ] Defendant's     [ ] Joint

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

**EXHIBIT NO.**     **DESCRIPTION**

See attached Plaintiff Hanson Permanente Cement of Guam Inc.'s Amended Exhibit List; Declaration of Service

_____
Signature

JULIAN JAVIOR
Name

7/10/06
Date

CARLSMITH BALL
Office/Firm Receiving Exhibits

**FILED**
DISTRICT COURT OF GUAM
JUL 10 2006
MARY L.M. MORAN
CLERK OF COURT

**ORIGINAL**



CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Bank of Hawaii Bldg., Suite 401
134 West Soledad Avenue, P.O. Box BF
Hagåtña, Guam 96932-5027
Tel No. 671.472.6813

Attorneys for Plaintiff
Hanson Permanente Cement of Guam, Inc.

FILED
DISTRICT COURT OF GUAM

APR 2 8 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| HANSON PERMANENTE CEMENT OF GUAM, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PORT AUTHORITY OF GUAM, <br><br> Defendant. | CIVIL CASE NO. CIV01-00005 <br><br> **PLAINTIFF HANSON PERMANENTE CEMENT OF GUAM, INC.'S AMENDED EXHIBIT LIST; DECLARATION OF SERVICE** |

Plaintiff Hanson Permanente Cement of Guam, Inc. ("Hanson"), hereby submits the following amended list of exhibits which may be used at trial.

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Lease agreement between the Government of Guam and the Guam Economic Development Authority, recorded at the Guam Department of Land Management September 3, 1969. | | |
| 2. | The Sublease Agreement between Guam Economic Development Authority and Kaiser Cement & Gypsum Corporation dated January 14, 1971, recorded at Guam Department of Land Management January 21, 1971. | 5-2-05 | 5-2-05 |
| 2A. | ESCO International Drawing No. 3048-3 Certified Copies (2 pages) | 5-2-05 | 5-2-05 |

| Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 3. | Amendment of Sublease Agreement, recorded with Guam Department of Land Management on January 7, 1994. | | |
| 4. | Hanson's ten (10) year lease renewal offer, dated February 27, 2001. | | |
| 5. | Port's counter-offer, dated March 6, 2001. | 5-2-05 | 5-2-05 |
| 6. | Hanson's acceptance of counter-offer, dated March 12, 2001. | 5-2-05 | 5-2-05 |
| 7. | Copies of Hanson's checks for payment of lease rent for the years 2001 through 2005. | | |
| 8. | Port Authority of Guam Tariff. | 5-2-05 | 5-2-05 |
| 9. | Hanson's "Depreciation Journal" showing cost of site improvements and depreciation. | | |
| 10. | Hanson's summary of site improvement and construction costs. | 5-2-05 | |
| 11. | Hanson's internal correspondence dated June 29, 2000, regarding the Port's position on dockage, as it is related or "linked" to the cost of maintenance of Hanson's facilities. | 5-2-05 | ~~5-2-05~~ |
| 12. | Hanson's correspondence to the Port dated November 14, 2002, regarding Hanson's use of a "breasting barge" in lieu of the Port having to dredge the ship berth to sufficient depth, and related issues. | | |
| 13. | Map of the Commercial Port. | 5-2-05 | |
| 14. | Photographs of Hanson's facilities. | 5-2-05 | 5-2-05 |
| 15. | An example of the Port's invoices to Hanson for dockage. | 5-2-05 | 5-2-05 |
| 16. | An example of Hanson's "dispute letter" to the Port to contest dockage billings, dated March 8, 2005. | 5-2-05 | 5-2-05 |

| Exhibit | Description | Date Identified | Date Admitted |
|---------|-------------|-----------------|---------------|
| 17. | Port's Responses to Hanson's First Set of Interrogatories, dated September 5, 2001. | | |
| 18. | Salvage contract for Hanson's breasting barge, and proof of payment, for salvage work after a typhoon sunk the barge. | 5-2-05 | 5-2-05 |

DATED: Hagåtña, Guam, April 28, 2005.

CARLSMITH BALL LLP

DAVID LEDGER
ELYZE MCDONALD
Attorneys for Plaintiff
Hanson Permanente Cement of Guam, Inc.

| | | Identified | Admitted |
|---|---|---|---|
| 19. | (Copy) Colored Photo - looking into the Ocean & shows rip rap (as defined by witness) | 5-2-05 | 5-2-05 |
| 20. | Photo (Copy) depicting Hanson Pier edge w/ line extended; shows rip rap | 5-2-05 | 5-2-05 |

## DECLARATION OF SERVICE

I, David Ledger, hereby declare under penalty of perjury that on April 28, 2005, I will cause to be served, via hand delivery, a true and correct copy of PLAINTIFF HANSON PERMANENTE CEMENT OF GUAM, INC.'S AMENDED EXHIBIT LIST; DECLARATION OF SERVICE on the following counsel of record:

>Stephen A. Cohen, Esq.
>Office of the Guam Attorney General
>247 West O'Brien Drive
>Hagåtña, Guam 96910

Executed this 28th day of April 2005 at Hagåtña, Guam.

_____
DAVID LEDGER